IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**JESSIE EDWARD FLETCHER**                                                                 **PLAINTIFF**

**V.**                               **CASE NO. 3:20-CV-03031**

**JAIL ADMINISTRATOR TRACY**
**SUTTERFIELD and DR. ELKINS**                                                         **DEFENDANTS**

## OPINION AND ORDER

Plaintiff Jessie Edward Fletcher filed this action pursuant to 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis*.

When he filed this case, Plaintiff was specifically advised (Doc. 3) of the requirement to immediately inform the Court of any change of address. If Plaintiff was transferred or released, Plaintiff was told he must advise the Court of any change in his address by no later than thirty (30) days from the time of his transfer to another facility or his release. Additionally, Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas requires *pro se* parties to "promptly notify the Clerk and other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently."

On June 15, 2020, mail was returned to the Court (Doc. 20) as undeliverable with a notation that he was no longer incarcerated at the Searcy County Detention Center. Plaintiff had until July 15, 2020, to provide the Court with his new address.

To date, Plaintiff has not provided a new address or contacted the Court in any way. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule

41(b) of the Federal Rules of Civil Procedure and Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

**IT IS SO ORDERED** on this 20th day of July, 2020.

/s/ Timothy L. Brooks_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE